IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 08-20585 |
| PETER HENDRICKSON, | : | |
| Defendant. | : | |

### INDEX OF EXHIBITS TO
### MOTION OF DEFENDANT PETER E. HENDRICKSON
### TO VACATE, SET ASIDE OR CORRECT CONVICTION
### PURSUANT TO 28 U.S.C. §2255

The following are Exhibits to the Motion of Defendant Peter E. Hendrickson to Vacate, Set Aside or Correct Conviction Pursuant to 28 U.S.C. §2255:

EXHIBIT A     Excerpt of United States' Motion for Order Requiring Defendants To File Valid Amended Tax Returns For 2002 and 2003, filed on October 25, 2010, Civil Action No. 06-11753

EXHIBIT B     Excerpt of Transcript of Hearing on Motion for Contempt, June 10, 2010, before Judge Nancy Edmunds, Civil Action No. 06-11753

EXHIBIT C     Affidavit of Peter E. Hendrickson in Support of Motion to Vacate, Set Aside or Correct Conviction Pursuant to 28 U.S.C. §2255

EXHIBIT D     Affidavit of Jack R. Hendrickson, Jr. in Support of Motion to Vacate, Set Aside or Correct Conviction Pursuant to 28 U.S.C. §2255

Dated:  April 14, 2011

/s/ Jack R. Hendrickson, Jr.
Jack R Hendrickson, Jr.
Attorney for Peter E. Hendrickson, Defendant

CERTIFICATE OF SERVICE

I hereby certify that this day a true and correct copy of the foregoing

**INDEX OF EXHIBITS TO MOTION OF DEFENDANT PETER E. HENDRICKSON TO VACATE CONVICTION PURSUANT TO 26 U.S.C. §2255**

was filed with the U.S. District Court for the Eastern District of Michigan and served on counsel for the plaintiff by notification via the Electronic Case Filing system.

Dated:  April 14, 2011                    /s/ *Jack R. Hendrickson, Jr.*
                                          Jack R. Hendrickson, Jr.
                                          Attorney for Peter E. Hendrickson, Defendant