# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 08-20585 |
| | : | |
| PETER HENDRICKSON, | : | |
| | : | |
| Defendant | : | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the Movant, Mark Lane, and for his Motion to Withdraw he states and alleges:

1. The Movant, together with two other counsel, Jack R. Hendrickson, the Defendant's brother, and Mark E. Cedrone, represented the Defendant at the trial of his case.

2. The Movant is not a member of the Bar of the United States District Court for the Eastern District of Michigan, Southern District. He was admitted *pro hac vice* for the purpose of the trial.

3. After the trial, Jack R. Hendrickson represented to the Movant that the Defendant did not wish to have the Movant represent him in any matter.

4. Subsequently the Defendant retained other counsel to represent him at the sentencing.

5. Subsequent to that, the Defendant retained other counsel to represent him in an appeal.

6. Other than the communication with Jack R. Hendrickson that took place before the

sentencing of the Defendant in which the Movant was instructed not to represent the

Defendant in any respect, the Movant has had no contact with the Defendant or Jack R.

Hendrickson.

WHEREFORE, the Movant prays that he be relieved as counsel for the Defendant, and

for all other just and proper relief to which he may be entitled.

Respectfully submitted,

/s/ Mark Lane
MARK LANE
The Lane Law Firm
4 Old Farm Road
Charlottesville, VA 22903
Office: [434] 293-2349
Facsimile: [434] 293-9013
Email: mlane777@cs.com

Dated:  4 April 2012

## CERTIFICATE OF SERVICE

I hereby certify that on 4 April 2012, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed with the Clerk of the Court using the ECF system which will send notification of filing to the following:

Mark R. Daly
U.S. Department of Justice
Tax Division
972 Ben Franklin Station
Washington DC, 20044
mark.f.daly@usdoj.gov

Michael C. Leibson
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
michael.leibson@usdoj.gov

Jack R. Hendrickson, Jr.
5757 Pontiac Trail
Ann Arbor, MI 48105
734-276-3572
Email: rhendrickson@starpakgroup.com

Lyle D. Russell, Jr.
Russell, Stoychoff
4468 W. Walton Blvd.
Waterford, MI 48329
248-618-0311
Email: lr@rsattorney.com

M. Ellen Dennis
101 S. Ann Arbor Street
Suite 203A
Saline, MI 48176
734-944-5819
Email: m.ellen.dennis@gmail.com

Mark E. Cedrone
123 South Broad St.,Suite 810
215-925-2500
Email: mec@cedrone-law.com

William B. Butler
William B. Butler, PLLC
33 South Sixth Street
Suite 4100
Minneapolis, MN 55402
612-630-5177
Email: bill@butlerlibertylaw.com

                    By: /s/ Mark Lane
                         Mark Lane