UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v                                                            Case No. 08-20585

PETER HENDRICKSON,                           Hon. Gerald E. Rosen

      Defendant.
      _____/

**ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL**

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      April 9, 2012

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, U.S. District Court

      Through the present motion filed on April 6, 2012, Attorney Mark Lane requests this Court to allow him to withdraw from any further representation of the defendant in this case. Mr. Lane states in his motion that after trial, co-counsel, Jack R. Hendrickson, who is also the defendant's brother, informed him that the defendant did not wish to have him represent him on any further matters. Further, Mr. Lane states that he did not represent the defendant at sentencing and that the defendant retained new counsel to represent him on appeal. Mr. Lane states that he has no contact with the defendant or Mr. Jack R. Hendrickson since he was informed that his services were no longer needed or desired by the defendant. Accordingly,

      NOW, THEREFORE, IT IS HEREBY ORDERED that the Attorney Mark Lane's Motion to Withdraw as Counsel, Docket Entry [128] is GRANTED. Mr. Lane shall have no

further duty to represent the defendant in this matter.

    SO ORDERED.

                                           s/Gerald E. Rosen
                                           Chief Judge, United States District Court

Dated: April 9, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2012, by electronic and/or ordinary mail.

                    s/Ruth A. Gunther
                    Case Manager
                    (313) 234-5137