# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                   Case No. 08-20585

v.                                   Hon. Gerald E. Rosen

PETER HENDRICKSON,

        Defendant.

_____/

## ORDER APPOINTING BACKUP COUNSEL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____ April 30, 2012 _____

PRESENT:  Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

By order dated April 5, 2012, the Court alerted the parties to an issue that they should be prepared to address at Defendant's forthcoming resentencing hearing.  In response to this order, Defendant's counsel, Mark E. Cedrone, has written a letter to the Court indicating that he has personal knowledge and information bearing on the issue identified in the April 5 order, and suggesting that, in light of this information, he could potentially be called as a witness at Defendant's resentencing hearing.  In order to ensure that Defendant remains properly and appropriately represented by counsel at the resentencing hearing, even in the event that developments at this hearing preclude Mr. Cedrone from continuing to serve as Defendant's counsel throughout the full course of

this proceeding,

NOW, THEREFORE, IT IS HEREBY ORDERED that backup counsel shall be appointed, at government expense, to be available to serve as counsel for Defendant at his forthcoming resentencing hearing in the event that Defendant's current counsel of record, Mr. Cedrone, is precluded from representing Defendant due to developments at the resentencing hearing.[1]

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  April 30, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2012, by electronic and/or ordinary mail.

s/Ruth A. Gunther
Case Manager

---

[1]For the reasons indicated in the April 5 order, it would not be appropriate for Defendant's other remaining counsel of record, Jack R. Hendrickson, Jr., to represent Defendant at the resentencing hearing.  Nonetheless, the Court directs Jack Hendrickson to attend this hearing, so that he can address the issue raised in the April 5 order.