# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

PETER HENDRICKSON,

        Defendant(s).
_____/

CASE NUMBER: 08-20585

HONORABLE GERALD E. ROSEN

## NOTICE OF: RESENTENCING HEARING

You are hereby notified to appear before the Honorable Gerald E. Rosen, Chief United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 733 |
|------|------|----------|
| May 15, 2012 | 3:00 p.m. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**\*THE COURT HAS ORDERED THAT ATTORNEY JACK R. HENDRICKSON, JR. BE PRESENT FOR THE ABOVE HEARING, AS WELL AS CURRENT COUNSEL FOR THE DEFENDANT, STAND-BY COUNSEL FOR THE DEFENDANT AND COUNSEL FOR THE GOVERNMENT.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2012, by electronic and/or ordinary mail.

        s/Ruth A. Gunther
        Case Manager
        (313) 234-5137