Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

**FILED**
JUN 1 1 2012
**LEONARD GREEN, Clerk**

William K. Suter
Clerk of the Court
(202) 479-3011

10-1726

June 11, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

    Re: Peter E. Hendrickson
        v. United States
        No. 11-1345
        (Your No. 10-1726)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk